# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joshua Peterson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| City of Minot, et al., | ) | |
| | ) | Case No. 1-16-cv-271 |
| Defendants. | ) | |

Before the court is a motion for attorney Meghan R.E. Jirasek to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jirasek has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Jirasek has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 22) is **GRANTED**. Attorney Jirasek is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge