**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Joshua Peterson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-16-cv-271 |
| City of Minot, Officer Brandon Schmitt, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is a motion to file a motion under seal. (Doc. No. 25). In the current motion, Plaintiff Joshua Peterson seeks the court's leave to file a motion ordering Brooklyn Park, Minnesota, to produce documents pertaining to Defendant's use of force while employed with the city's police department under seal. Peterson also seeks to file various exhibits incorporated within that motion under seal. The undersigned has reviewed the motion and incorporated documents. The court **GRANTS**, in part, and **DENIES**, in part, the current motion. (Doc. No. 25).

There is nothing sensitive within the proposed motion warranting filing it under seal; thus, Peterson shall file the proposed motion just as he would any other motion. To the extent the exhibits incorporated therein contain sensitive information, Peterson shall either redact the sensitive material or file the exhibits under seal.

**IT IS SO ORDERED.**

Dated this 27th day of November, 2017.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court