# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joshua Peterson, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| City of Minot, a municipal corporation, et. al., | ) Case No.1:16-cv-271 |
| Defendants. | ) |

Before the court is a "Motion to add Rebuttal Report Date to Expert Discovery Schedule" filed by plaintiff and "Motion to Extend Dispositive Motion Deadline" filed by defendant. The court held a status conference with the parties on December 4, 2017. Pursuant to its discussions with the parties, the court grants plaintiff's motion (Doc. No. 24) and defendant's motion (Doc. No. 29). The court's scheduling order shall be amended as follow:

1. The parties shall have until February 15, 2018, to simultaneously disclose the names of rebuttal expert witnesses and complete reports.

2. The parties shall have until March 15, 2018, to complete discovery depositions of expert witnesses.

3. The parties shall have until April 15, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the final pretrial conference set for March 5, 2018, shall be rescheduled for November 14, 2018, at 2:00 p.m. by telephone before the undersigned. The court shall initiate the conference call. Finally, the court **ORDERS** that the jury trial set for March 20, 2018, shall be rescheduled for November 26, 2018, at 1:30 p.m. in Bismarck before Chief Judge

1

Hovland (courtroom #1). An eight (8) day trial is anticipated.

Dated this 4th day of December, 2017

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court