# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Joshua Peterson, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER (AMENDED)** |
| vs. | ) | |
| | ) | |
| City of Minot, a political subdivision, and Officer Brandon Schmitt, a Minot Police Officer, in his individual capacity, | ) | Case No. 1:16-cv-271 |
| Defendants. | ) | |

On October 17, 2018, the court issued an order (amended) granting in part and denying in part the defendants' motion to compel. The court subsequently received a letter from Christopher Brinkworth dated November 6, 2018. Apparently Mr. Brinkworth sent others letters dated November 6, 2019. However the letter that is the subject of this order is the one he sent to the court only. In this letter, Mr. Brinkworth advised the court of his concerns regarding the laptop he had been tasked by defendants to examine. To ensure that the letter was preserved, the court directed that the Clerk's office file it as a "court only" document.

Having reviewed the letter, the court finds that its contents are material and may be disclosed by Mr. Brinkworth to defense counsel in accordance with the court's order of October 17, 2018.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court