# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joshua Peterson, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| City of Minot, a Political Subdivision, and Officer Brandon Schmitt, a Minot Police Officer, in his individual capacity, | ) Case No. 1:16-cv-271 |
| Defendants. | ) |

The court previously issued an amended order granting in part and denying in part defendants' motion to compel. Therein it placed certain restrictions on communications regarding the defendant's expert's forensic examination and report. Pursuant to a request from defendants, the court authorizes defendants to fully communicate with their expert about the matters that were the subject of his forensic examination and report.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court